UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TODD RUSCHHAUPT, <br> Plaintiff, <br> v. <br> DONALD J. TRUMP, et al., <br> Defendants. | Case No. 21-cv-08892-HSG <br> **ORDER OF TRANSFER** |

Plaintiff, an inmate housed at High Desert State Prison in Susanville, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has named as defendants United States President Biden; Donald Trump, former president of the United States and head of the Trump Organization; Kamala Harris, Vice-President of the United States; Dianne Feinstein; Bill and Melinda Gates of Microsoft; and Brad Smith, Microsoft CEO. Plaintiff states that he seeks a pre-emptive pardon from President Biden and the immediate closure of Microsoft's Bioengineering Section.[1] Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Plaintiff has listed locations for each defendant and none of the defendants appear to reside in this district. None of the relevant appear to have occurred in this district. Plaintiff is located in Susanville, California, in Lassen County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

---

[1] Plaintiff makes additional allegations and requests, but his handwriting is hard to deciper.

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 12/20/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge